**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC, | |
| Plaintiff, | Case No. 26-cv-02355 |
| v. | **Judge Elaine E. Bucklo** |
| THE HEIGHT OF THE ALTAR STELE, et al., | **Magistrate Judge M. David Weisman** |
| Defendants. | |

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on Thursday, May 21, 2026, at 9:45 a.m., Plaintiff shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Strike Defendant WHING's Answer.

Dated this 18th day of May 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*