# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NBCUNIVERSAL MEDIA, LLC,

      Plaintiff,

v.

THE HEIGHT OF THE ALTAR STELE, et al.,

      Defendants.

Case No. 26-cv-02355

**Judge Elaine E. Bucklo**

**Magistrate Judge M. David Weisman**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff NBCUniversal Media, LLC ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Jaycershop | 81 |

Dated this 11th day of June 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*