**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

NBCUniversal Media, LLC

                                                    Plaintiff,

v.                                                  Case No.:
                                                    1:26–cv–02355
                                                    Honorable Elaine
                                                    E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to extend the temporary restraining order [29] is granted. Plaintiff's motion for entry of a preliminary injunction [33] is granted with the exception as to Defendant No.8 WHING. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following documents: Schedule A to the Complaint [2], Exhibit 2 to the Complaint [3], Seller Aliases screenshots attached to the Declaration of Monique Cheng Joe [16] and the TRO [24]. Defendant No.8 WHING motion to clarify [43] is moot. Plaintiff's agreed motion for entry of consent judgment as to Defendant zhanchunxia (Def. No. 93) [46] is granted. Enter Consent Judgment. Plaintiff's motion for entry of default and default judgment as to all remaining defendants [47] is granted with the exception as to Defendant No.8 WHING. Enter Final Judgment Order. The Clerk of the Court is directed to return the surety bond posted in the amount of ten thousand dollar ($10,000) to plaintiff or its counsel Greer Burns & Crain Ltd. As to Defendant JINOEE, the Scheduling Conference and its Rule 26(f) report are stricken. Plaintiff to respond to Defendant No.8 WHING's opposition to plaintiff's motion for preliminary injunction [33] and motion for sanctions pursuant toFederal Rule of Civil Procedure 11 [66] by 7/6/2026. Ruling set for 7/23/2026. The court will issue ruling by electronic mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.