**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

NBCUniversal Media, LLC

                                    Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

Case No.:
1:26–cv–02355

Honorable Elaine
E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Per Notice of Withdrawal, Plaintiff's motion to strike Defendant Whing's Answer [60] is withdrawn and its briefing schedule and ruling date are stricken. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.