**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>THE HEIGHT OF THE ALTAR STELE, et al.,<br><br>     Defendants. | Case No. 26-cv-02355<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 12, 2026 [73], in favor of Plaintiff NBCUniversal Media, LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amounts detailed in the chart below ("Judgment Amount") and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Judgment Amount | Line No. |
|---|---|---|
| Haikou mens wear | $5,000 | 37 |
| HYF Customs | $5,000 | 70 |
| zz shop | $5,000 | 94 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 23rd day of July 2026.       Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*