# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

NBCUniversal Media, LLC

        Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

        Defendant.

Case No.:
1:26−cv−02355
Honorable Elaine
E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant WHING's motion for sanctions [66] is denied, as is NBC's request for attorney's fees [77]. Status hearing set for 8/25/2026 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 8/18/2026. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.