**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HEIGHT OF THE ALTAR STELE, et al.,<br><br>Defendants. | Case No. 26-cv-02355<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff NBCUniversal Media, LLC ("Plaintiff") and Defendant WHING (Def No. 8) (together, the "Parties") hereby stipulate to dismiss this action with prejudice, including all claims and counterclaims stated herein against the Parties. Each party will bear their own costs and attorneys' fees.

Dated this 31st day of July 2026.

Respectfully submitted,

/s/ Justin R. Gaudio

Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*

/s/ *Xintong Lyu*

Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing New York 11354
(212) 812-8253
catherine.lyu@lyulawpllc.com

Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
(212) 812-8253
jwang@lyulawpllc.com

*Counsel for Defendant WHING*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*